UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GERALD TUCKER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| vs. | ) | 1:05-cv-1016-SEB-JMS |
| | ) | |
| NATIONAL MANAGEMENT SYSTEMS | ) | |
| and SHARON McCORMICK, | ) | |
|     Defendants. | ) | |

### ENTRY GRANTING PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND PLAINTIFF'S MOTION FOR SUMMARY RULING

This cause is before the Court on the Motion for Partial Summary Judgment [Docket No. 39] and Motion for Summary Ruling on the Motion for Summary Judgment [Docket No. 45] filed by Plaintiff, Gerald Tucker. Plaintiff seeks a ruling in his favor as to all claims against Defendant, National Management Systems ("NMS").

NMS, which currently appears *pro se*, has consistently failed to respond to requests and pleadings from both Plaintiff and this Court. NMS has never responded to Plaintiff's discovery requests, despite being granted three separate enlargements of time to respond. It also failed to respond to Plaintiff's Motion for Partial Summary Judgment, as it was required to do pursuant to Federal Rule of Civil Procedure 56(e).[1] In addition, NMS failed to comply with (former) Magistrate Judge Shields's Order of September 21,

---

[1] Plaintiff submitted with his Motion for Partial Summary Judgment a "Notice to *Pro Se* Litigant," as required by Local Rule 56.1(h).

2006, which compelled compliance with Local Rule 7.2 and directed NMS to provide proof of incorporation within thirty days.

As Plaintiff has described in his Motion for Summary Ruling and the accompanying affidavit, Plaintiff's counsel has made reasonable and extensive efforts to make service of his Motion for Partial Summary Judgment on NMS. NMS appears to be evading service of the Motion. Federal Rule of Civil Procedure 56(e) instructs that "[i]f the adverse party does not . . . respond [to a summary judgment motion by demonstrating that a genuine factual dispute exists], summary judgment, if appropriate, shall be entered against the adverse party." Because NMS has not controverted any of the assertions made by Plaintiff in his Motion for Partial Summary Judgment, we construe them as true, and therefore <u>GRANT</u> Plaintiff's Motion for Partial Summary Judgment and Motion for Summary Ruling.

In addition, because service on Defendant Sharon McCormick has not been achieved to date (and, in any event, the allowable time for such service under Rule 4(m) has elapsed), we assume that Plaintiff's remaining claim against McCormick has been abandoned. Thus, Plaintiff's Motion for Partial Summary Judgment resolves all remaining issues in this cause. Final judgment in favor of Tucker and against National Management Systems will be entered accordingly. IT IS SO ORDERED.

Date: _____03/16/2007_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

<u>Copies to:</u>
Jeffrey Kevin Eicher
jeffeicher@aol.com

NATIONAL MANAGEMENT SYSTEMS
P.O. Box 29217
Indianapolis, IN 46229

SHARON MCCORMICK
NATIONAL MANAGEMENT SYSTEMS
P.O. Box 29217
Indianapolis, IN 46229