UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GERALD TUCKER, | ) | |
|     Plaintiff, | ) | |
| | ) | |
|     vs. | ) | 1:05-cv-1016-SEB-JMS |
| | ) | |
| NATIONAL MANAGEMENT SYSTEMS | ) | |
| and SHARON McCORMICK, | ) | |
|     Defendants. | ) | |

## JUDGMENT ENTRY

Pursuant to the Court's ruling simultaneously entered on this date, final judgment is hereby entered in favor of Plaintiff and against Defendant National Management Systems. Each party shall bear its own costs. IT IS SO ORDERED.

Date: ___03/16/2007_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:
Jeffrey Kevin Eicher
jeffeicher@aol.com

NATIONAL MANAGEMENT SYSTEMS
P.O. Box 29217
Indianapolis, IN 46229

SHARON MCCORMICK
NATIONAL MANAGEMENT SYSTEMS
P.O. Box 29217
Indianapolis, IN 46229